Motion by National Center for Lesbian Rights et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

---

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted November 23, 2009; decided December 15, 2009

Reported below, 61 AD3d 460.

Motion by American Civil Liberties Union et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

---

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 61 AD3d 460.

Motion by National Association of Social Workers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

---

In the Matter of LEROY HOOVER, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Submitted October 19, 2009; decided December 15, 2009

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

---

JANET M. JOHNSON, Respondent-Appellant, v ALLAN M. CHAPIN, Appellant-Respondent.

Submitted October 19, 2009; decided December 15, 2009

Reported below, 49 AD3d 348.

Motion for reargument denied [*see* 12 NY3d 461 (2009)].

Chief Judge LIPPMAN taking no part.